**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1593**

---

ROBERT R. HAGAN,

Petitioner,

versus

COOPER/T. SMITH STEVEDORING COMPANY; I.T.O.
CORPORATION; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(01-586)

---

Submitted: September 27, 2002          Decided: October 22, 2002

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner.
Christopher J. Field, FIELD, WOMACK & KAWCZYNSKI, L.L.C., South
Amboy, New Jersey; Thomas C. Valkenet, YOUNG & VALKENET, L.L.C.,
Baltimore, Maryland, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Hagan seeks review of the Benefits Review Board's decision and order affirming the Administrative Law Judge's award and computation of benefits pursuant to the Longshore and Harbor Workers Compensation Act, 30 U.S.C.A. §§ 901-945 (West 2001 & Supp. 2002). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Hagan v. Smith, BRB No. 01-586 (B.R.B. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED